UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

William Warren

Plaintiff(s)

Civil Action No. 26-11911

v.

Judge F. Kay Behm

Wilson, et. al.

Defendant(s)
______________________________________/

**ORDER OF DISMISSAL**

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The case was referred to the Pro Se Early Prisoner Mediation Program for possible resolution. A mediation conference was held, and a settlement was placed on the record. Accordingly,

IT IS ORDERED that this action is dismissed with prejudice. This Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.

IT IS FURTHER ORDERED that the remainder of the filing fee, owed by the above-named plaintiff in this case, shall not be collected by the MDOC.

Date: October 29, 2026

s/F. Kay Behm

F. Kay Behm
United States District Judge